**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FLINT B EDWARDS *and*
CARLYNE DESIR,

      Plaintiffs,

v.                                Case No. 8:25-cv-2877-KKM-SPF

DE CUBAS & LEWIS, PA,

      Defendant.

_____

**ORDER**

    With his consent, I transfer this case to the Honorable Thomas P. Barber

under Local Rule 1.07(a). The Clerk is directed to reassign this case to Judge

Barber for all further proceedings.

    **ORDERED** in Tampa, Florida, on June 26, 2026.

Kathryn Kimball Mizelle
United States District Judge